UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD E. MORISKY,<br><br>         Plaintiff-Appellee,<br><br> v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company; et al.,<br><br>         Defendants-Appellants. | No. 23-35433<br><br>D.C. No. 2:21-cv-01301-RSM-DWC<br>Western District of Washington, Seattle<br><br>ORDER |

     A district court order is not appealable under 28 U.S.C. § 1291 "unless it disposes of all claims as to all parties or unless judgment is entered in compliance with Federal Rule of Civil Procedure 54(b)." *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); *see also* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Rosenfeld v. United States*, 859 F.2d 717, 720-21 (9th Cir. 1988) (noting that interim attorney's fees orders are generally not final or appealable). This court may therefore lack jurisdiction over this appeal.

     Within 21 days, appellants must either file a statement explaining why the appeal should not be dismissed for lack of jurisdiction or move for voluntary dismissal of the appeal. If appellants do not comply with this order, the Clerk will

OSA114

dismiss this appeal under Ninth Circuit Rule 42-1. If appellants file a statement, a response may be filed within 10 days.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT