UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONALD E. MORISKY,

      Plaintiff-Appellee,

 v.

MMAS RESEARCH, LLC, a Washington
limited liability company; et al.,

      Defendants-Appellants.

No. 23-35433

D.C. No.
2:21-cv-01301-RSM-DWC
Western District of Washington,
Seattle

ORDER

On July 11, 2023, this court ordered appellants either to move for voluntary dismissal of this appeal or to show cause why it should not be dismissed for lack of jurisdiction. The order warned appellants that failure to comply by the deadline would result in the automatic dismissal of the appeal by the Clerk of the Court. The deadline has passed, and appellants have not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT

OSA114