UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONALD E. MORISKY,

        Plaintiff-Appellee,

 v.

MMAS RESEARCH, LLC, a Washington limited liability company; et al.,

        Defendants-Appellants.

No. 23-35433

D.C. No. 2:21-cv-01301-RSM-DWC
Western District of Washington, Seattle

ORDER

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

The motion to recall the mandate (Docket Entry No. 12) is denied because there are no "extraordinary circumstances" to support such relief. *See Calderon v. Thompson*, 523 U.S. 538, 550 (1998).

This case remains closed.

No further filings will be entertained.